1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No.2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9
   UNITED STATES OF AMERICA,          )          LDG-VCF
10                                    )
          Plaintiff,                  )      2:98-CR-227-~~JBR~~
11                                    )
       vs.                            )      MOTION FOR SUPPLEMENTARY
12                                    )      PROCEEDINGS (EXAMINATION
                                      )      OF JUDGMENT DEBTOR)
13 ELLIOT HINDON,                     )
                                      )
14        Defendant.                  )

15
          The United States of America, by and through Daniel G. Bogden, United States
16
   Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, moves this Honorable Court
17
   for an order requiring defendant, Elliot Hindon, to appear before a United States Magistrate
18
   Judge at a time and place to be set by the court for examination supplementary to judgment
19
   pursuant to Rule 69 of Fed. R. Civ. P. and N.R.S. 21.270.
20
   . . .
21
   . . .
22
   . . .
23
   . . .
24
   . . .
25
   . . .
26

1    This motion is based upon the attached Declaration and the pleadings and papers
2 on file herein.
3    DATED this 30th day of March, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

<u>DECLARATION</u>

<u>FOR MOTION FOR SUPPLEMENTARY PROCEEDINGS
(EXAMINATION OF JUDGMENT DEBTOR)</u>

STATE OF NEVADA        )
                       )  ss
COUNTY OF CLARK        )

Kim Bush, declares pursuant to 28 U.S.C. Section 1746 under penalty of perjury that the foregoing is true and correct.

1. She is a Legal Assistant for the United States Attorney's Office, Financial Litigation Unit, District of Nevada. She has custody of the records in this office pertaining to this collection matter.

2. Judgment was entered June 23, 1999, for plaintiff and against defendant, Elliot Hindon, for the sum of $110,722.45, together with interest thereon from the date of judgment and court costs.

3. Elliot Hindon resides within the jurisdiction of this court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The Judgment remains unpaid.

/s/Kim Bush
KIM BUSH, Legal Assistant
Financial Litigation Unit

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> ) <br> ELLIOT HINDON, ) <br> ) <br>     Defendant. ) | 2:98-CR-227-LDG-VCF <br><br> ORDER FOR SUPPLEMENTARY <br> PROCEEDINGS OF JUDGMENT <br> DEBTOR EXAMINATION |

On plaintiffs' motion and good cause appearing, the defendant, Elliot Hindon, is hereby ordered to appear before the United States Magistrate, courtroom 3C, Lloyd D. George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the 26th day of October, 20 12 at 9:00 a.m., to then and there answer upon oath concerning the property of the defendant and for such other proceeding as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all your or your spouses' vehicles, automobiles, boats, aircraft, etc.

4. Copies of your earning statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify your statements on the financial form.

. . .

. . .

1  It is further ordered that a copy of this order shall be served upon the defendant by
2  the United States Marshal or private process service on or before October 12, 2012. ~~hearing scheduled herein.~~
4  Failure to appear may subject you, the defendant, to punishment for contempt of
5  court.

IT IS FURTHER ORDERED that the Government must provide a Court Reporter for the Judgment Debtor Exam on October 26, 2012.

Dated: 9-25-2012

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney


/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U. S. Attorney